CLEAR FORM

SEND

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VALUECLICK INC., PLAINTIFF(S) v. REVENUE SCIENCE DEFENDANT(S). | CASE NUMBER CV 07-02052-MMM(JCx) |
| | **ORDER STRIKING FILED DOCUMENTS FROM THE RECORD** |

WHEREAS, the documents listed below were improperly filed for the following reason(s) The responsive Markman brief should have been LODGED as a separate document with the proposed order. A copy of the Proposed order and the proposed declaration should also be e-mailed to the judge's generic e-mail address pursuant to G.O. 07-08. PLEASE REFER TO G.O. 07-08 FOR CORRECT PROCEDURES ON E-FILING.

IT IS HEREBY ORDERED that the documents shall be stricken from the record and shall not be considered by the Court:

| **Document Entitled** | **Filed** |
|---|---|
| RESONSE ....RESPONSIVE MARKMAN BRIEF | NOVEMBER 19, 2007 |
| | |
| | |
| | |
| | |
| | |
| | |

IT IS FURTHER ORDERED that the documents shall not be returned to the filing party; however, the Clerk shall note on the case docket that the documents are stricken from the record.

NOVEMBER 20, 2007
Date

Margaret M. Morrow
UNITED STATES DISTRICT JUDGE