ROBERT T. HASLAM (State Bar No. 71134)
robert.haslam@hellerehrman.com
NITIN SUBHEDAR (State Bar No. 171802)
nitin.subhedar@hellerehrman.com
BHANU K. SADASIVAN (State Bar No. 233429)
bhanu.sadasivan@hellerehrman.com
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, CA 94025-3506
Telephone: (650) 324-7000
Facsimile: (650) 324-0638

JOHN C. ULIN (State Bar No. 165524)
john.ulin@hellerehrman.com
HELLER EHRMAN LLP
333 South Hope Street, 39th Floor
Los Angeles, CA 90071-3043
Telephone: (213) 689-0200
Facsimile: (213) 614-1868

MATTHEW C. LAPPLE (State Bar No. 193546)
matt.lapple@hellerehrman.com
4350 La Jolla Village Drive, 7th Floor
San Diego, CA 92122
Telephone: (858) 450-8401
Facsimile: (858) 587-5953

[*Additional attorneys listed on following page*]

Attorneys for Defendant
REVENUE SCIENCE, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

VALUECLICK, INC.,
a Delaware Corporation,

Plaintiff,

v.

REVENUE SCIENCE, INC.,
a Washington Corporation,

Defendant.

Case No.: CV 07 2052 MMM (JCX)

**ORDER EXTENDING TIME**

[*continued from previous page*]

MARK S. PARRIS (Admitted *pro hac vice*)
Mark.Parris@hellerehrman.com
JEFFREY COX (Admitted *pro hac vice*)
Jeffrey.Cox@hellerehrman.com
701 Fifth Avenue, Suite 6100
Seattle, WA 98104
Telephone: (206) 389-6004
Facsimile: (206) 515-8970

For good cause shown, the following deadlines listed below are hereby modified as shown:

| | **Original or Current date** | **New Date** |
|---|---|---|
| Markman Hearing | 12/17/07 | 2/11/08 (Set by Court) |
| Telephone Status Conference with Court | 1/17/08 | 2/11/08 |
| Fact Discovery Cutoff | 2/29/08 | 4/25/08 |
| Expert Reports Due | 3/14/08 | 5/9/08 |
| Rebuttal Expert Reports Due | 3/28/08 | 5/23/08 |
| Expert Discovery Cutoff | 4/11/08 | 6/6/08 |
| Mediation Deadline | 5/5/08 | Same |
| Motion Hearing Cutoff | 5/12/08 | 7/7/08 |
| Pretrial Conference | 6/2/08 | 8/11/08 |
| Trial | 6/24/08 | 9/1/08 |

IT IS SO ORDERED.

DATED: January ___, 2008

____________________________________
Honorable Margaret M. Morrow
United States District Court Judge

SD 895931 v1

Heller Ehrman LLP